UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
_____X
In re:

      **Max Advance LLC**

**CERTIFICATE OF SERVICE**

Chapter 11, ( Subchapter V)
Case:. 24-71824

      Debtors
_____X

    I, Sharon Savory, being duly sworn, say; I am not a party to the action, am over 18 years of age, and reside in Queens, New York.

    That on the 28th day of May 2024 I served the within copy of the **MOTION TO CONVERT CASE TO CHAPTER 13 ECF Docket Reference No. 12** : by placing said copy in a post-paid envelope addressed to the person(s) names at the place(s) and address(es) listed below and by depositing the envelope and contents in an official depository of the United States Postal Service, by email and by electronic service through the Court's CM/ECF system: upon the following parties, registered users entitled to receive notice.

                                                                                          /s/ Sharon Savory
                                                                                        Sharon Savory

Sworn to before me this 28th day of May 2024.

_____
Notary Public

**Eugene Kim**
823 E. 16th Street 301
Brooklyn, NY 11230

**Law Offices of Yan Margolin**
1115 Broadway Fl. 12
New York, NY 10010

**The Law Offices of Neal Brickman P.C.**
Jason A. Stewart, Esq.
420 Lexington Avenue Ste 2811
New York, NY 10170

**TK Elite**
4313 18th Avenue
Brooklyn, NY 11218

**YESHIVA OR HADASH**
The Berkman Law Office, LLC
829 East 15th Street Box 67
Brooklyn, NY 11230