United States Bankruptcy Court
Eastern District of New York

In re:                                                                                                      Case No. 24-71824-las
Max Advance LLC                                                                              Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-8                                  User: admin                                  Page 1 of 2
Date Rcvd: Jul 31, 2024                            Form ID: 309C                            Total Noticed: 15

The following symbols are used throughout this certificate:
**Symbol      Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Max Advance LLC, 181 South Franklin Ave Ste. 300, Valley Stream, NY 11581-1101 |
| 10353163 | + | Eugene Kim, The Law Offices of Neal Brickman, PC, 420 Lexington Ave., Ste 2811, New York, NY 10170-2811 |
| 10345953 | + | Eugene Kim, 823 E. 16th Street 301, Brooklyn, NY 11230-3027 |
| 10345954 | + | Law Offices of Yan Margolin, 1115 Broadway Fl. 12, New York, NY 10010-3452 |
| 10345956 | + | TK Elite, 4313 18th Avenue, Brooklyn, NY 11218-5609 |
| 10345955 | + | The Law Offices of Neal Brickman P.C., Jason A. Stewart, Esq., 420 Lexington Avenue Ste 2811, New York, NY 10170-2811 |
| 10345957 | + | YESHIVA OR HADASH, The Berkman Law Office, LLC, 829 East 15th Street Box 67, Brooklyn, NY 11230-3067 |
| 10352135 | + | Yeshiva Or Hadach, 1859 47th St, Brooklyn, NY 11204-1237 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: charles@cwertmanlaw.com | Jul 31 2024 18:16:00 | Charles Wertman, Law Offices of Charles Wertman P.C., 100 Merrick Road, Suite 304W, Rockville Centre, NY 11570 |
| tr | + | Email/Text: rkbesquire@aol.com | Jul 31 2024 18:17:00 | R Kenneth Barnard, Esq., 3305 Jerusalem Avenue, Suite 215, Wantagh, NY 11793-2028 |
| smg | + | Email/Text: USCOURTSEBN@finance.nyc.gov | Jul 31 2024 18:16:00 | NYC Department of Finance, 345 Adams Street, Office of Legal Affairs, Brooklyn, NY 11201-3739 |
| smg | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jul 31 2024 18:17:00 | NYS Department of Taxation & Finance, Bankruptcy Unit, PO Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | Jul 31 2024 18:16:00 | NYS Unemployment Insurance, Attn: Isolvency Unit, Bldg. #12, Room 256, Albany, NY 12240-0001 |
| smg | + | Email/Text: ustpregion02.li.ecf@usdoj.gov | Jul 31 2024 18:17:00 | United States Trustee, Office of the United States Trustee, Long Island Federal Courthouse, 560 Federal Plaza, Central Islip, NY 11722-4456 |
| 10359167 | | Email/PDF: bncnotices@becket-lee.com | Jul 31 2024 18:22:07 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 10352201 | *+ | YESHIVA OR HADASH, The Berkman Law Office, LLC, 829 East 15th Street Box 67, Brooklyn, NY 11230-3067 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2024      Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles Wertman | on behalf of Debtor Max Advance LLC charles@cwertmanlaw.com g67417@notify.cincompass.com;adina@cwertmanlaw.com;wertman.charlesr105938@notify.bestcase.com |
| Gerard R Luckman, Esq. | gluckman@forchellilaw.com |
| Jason Stewart | on behalf of Creditor Eugene Kim jason@brickmanlaw.com |
| R Kenneth Barnard, Esq. | rkbesquire@aol.com N250@ecfcbis.com |
| Robert J Tolchin | on behalf of Creditor Yeshiva Or Hadach rtolchin@berkmanlaw.com cstrong@berkmanlaw.com,rtolchin@ecf.courtdrive.com,kleitner@berkmanlaw.com |
| Stan Y Yang | stan.y.yang@usdoj.gov stan.y.yang@usdoj.gov |
| United States Trustee | USTPRegion02.LI.ECF@usdoj.gov |

TOTAL: 7

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | Max Advance LLC | EIN: | 26–1299059 |
| | Name | | |
| United States Bankruptcy Court | Eastern District of New York | Date case filed in chapter: | 11  5/10/24 |
| Case number: | 8–24–71824–las | Date case converted to chapter: | 7  7/31/24 |

Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| 1. **Debtor's full name** | Max Advance LLC | |
| 2. **All other names used in the last 8 years** | | |
| 3. **Address** | 181 South Franklin Ave Ste. 300<br>Valley Stream, NY 11581 | |
| 4. **Debtor's attorney**<br>Name and address | Charles Wertman<br>Law Offices of Charles Wertman P.C.<br>100 Merrick Road<br>Suite 304W<br>Rockville Centre, NY 11570 | Contact phone 516–284–0900<br><br>Email: charles@cwertmanlaw.com |
| 5. **Bankruptcy trustee**<br>Name and address | R Kenneth Barnard, Esq.<br>3305 Jerusalem Avenue<br>Suite 215<br>Wantagh, NY 11793 | Contact phone 516–809–9397<br><br>Email: rkbesquire@aol.com |
| 6. **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 290 Federal Plaza<br>Central Islip, NY 11722 | Hours open:<br>9:00 am – 4:30 pm Monday–Friday<br><br>Contact phone (631) 712–6200<br><br>Date: 7/31/24 |
| 7. **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **September 11, 2024 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>For additional meeting information go to https://www.justice.gov/ust/moc | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 356 299 9857, and Passcode 4702957989, OR call 1 516 388–5319** |
| 8. **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **1**