# Breach of Contract by Michael Puderbeutel at QuickSilver May 2024

I, Marta Tereshchenko, residing at 1560 W. 10th Street, #3R, Brooklyn, NY, lent $200,000.00 to Michael Puderbeutel on February 15, 2017. According to the Promissory Note signed by Michael P., he supposed to pay me twelve percent (12%) interest per annum, and repay me my principal sum of $200,000.00 upon my request after a year-expiration from the date he signed the Promissory Note at 02/15/2017, and within 120 days of my request.

Originally, Michael P. company's name was MaxAdvance, LLC before and on 02/15/2017, but then, his company became the Quick Silver Capital (www.quicksilvercap.com), from which I was receiving a few last $200 interest checks until April, 2024. (See the attached copies of his checks I've deposited)

I've been requesting Michael P. to stop the contract a few times after May of 2018 as I needed my $200,000.00 back. However, he never responded to my emails and phone calls

Starting from April 13, 2020, he breached the contract sending me reduced-percentage of interest-checks of various values. Last time he sent me a $200 check in April of 2024.

To my email complaints to Michael P. on my hardship to maintain my living with his smaller interest-checks, he responded only once in his email to me on *04/12/2020* writing that...

*"he had no choice but temporarily reduce his obligations, but **when crisis is over, we will resume as before**."*

This was the only time Michael P. responded to my email in the last 7 years, where he lied that he "will *resume* as before."

Michael avoided to discuss his debt with me even when I came to his LI-located office a year ago, giving me his lawyer's, Mr. Wertman, phone number. Then, he called the police to remove me from his office.

On May 10, 2023 I've sent two certified letters to Michael and his lawyer, Mr. Wertman, offering him to renegotiate the contract, but he didn't reply.

Please, kindly help me to make Michael P. pay his debt of $255,930.00 to me that includes my principal of $200,000.00 and $55,930 interest he underpaid for the last 5 years.

## AMENDED AND RESTATED PROMISSORY NOTE

$200,000                                                    Date: February 15, 2017

FOR VALUE RECEIVED, the undersigned, Max Advance LLC a New York limited liability company (the "Maker"), hereby promises to pay to the order of Marta Tereshchenko, an individual having an address at 1560 W 10ᵗʰ #3R Brooklyn NY 11204 (the "Holder"), the principal sum of Two Hundred Thousand ($90,000) Dollars. This Amended and Restated Promissory Note supersedes all prior notes, including, without limitation, that certain promissory note, dated as of March 24, 2014 in the original amount of $110,000 made by the Maker for the benefit of Holder. The outstanding principal balance of this Note shall bear interest from the date hereof until repaid in full, at twelve (12) percent per annum.

In the event that any payment of principal and interest hereunder shall become due on a Saturday, Sunday or legal or bank holiday under the laws of the place at which such payment is to be made hereunder, such payment shall be made on the next succeeding business day.

1.    Payments.

The accrued interest shall be payable on a monthly basis. The accrued interest and principal amount due under this Note shall be payable within one hundred twenty (120) days after demand of the Holder, which demand may not be made prior to the one (1) year anniversary of the date hereof. Such payments shall be made at a place designated by the Holder.

2.    Prepayment.

The unpaid principal amount of this Note may be prepaid at any time in whole, or in part, by the Maker without penalty. Any such prepayment shall first be applied to accrued interest and then to principal.

3.    Default.

(a)    Definition. For purposes of this Note, an Event of Default shall be deemed to have occurred if:

(i)    the Maker fails to pay when due and payable (whether at maturity or otherwise) the full amount of any installment or other payment under this Note (no notice of default being required);

(ii)    there is entered any order, judgment or decree by a court of competent jurisdiction for relief in respect of the Maker, under any applicable federal or state bankruptcy, reorganization, arrangement, insolvency, readjustment of debt, dissolution or liquidation law or other similar law, whether now or hereafter in effect, or appointing a receiver, assignee or trustee of all or a substantial part of the Maker's property, assets or revenues;

(iii)     the filing by the Maker of a petition seeking relief under Title 11 of the United States Code, as now or hereafter constituted, or any other applicable federal or state bankruptcy, insolvency, reorganization, arrangement, readjustment of debt, dissolution or liquidation law or other similar law, or the consent by the Maker to the institution of proceedings thereunder or to the filing of any such petition or to the appointment or taking of possession by a receiver, liquidator, assignee, trustee or custodian of any substantial part of the properties, assets or revenues of the Maker or the making by the Maker of a general assignment for the benefit of its creditors;

(iv)     the inability of the Maker to pay its debts as they mature or if the Maker becomes insolvent.

The foregoing shall constitute Events of Default whatever the reason or cause for any such Event of Default and whether it is voluntary or involuntary or is effected by operation of law or pursuant to any judgment, decree or order of any court or any order, rule or regulation of any administrative or governmental body.

(b)    Consequences of Event of Default.

(i)     If an Event of Default has occurred, the aggregate principal amount of the Note (together with all accrued interest thereof and all other amounts due and payable with respect thereto) shall become immediately due and payable without any action on the part of the Holder, and the Maker shall immediately pay to the Holder all amounts due and payable under or otherwise with respect to this Note.

(ii)    The Holder shall also have any other rights which the Holder may have been afforded under any contract or agreement at any time and any other rights which the Holder may have pursuant to applicable law.

4.    Waiver.

The Maker hereby waives diligence, presentment, protest and demand and notice of protest and demand, dishonor, nonpayment of this Note, and any statutory or other right of redemption, and expressly agrees that this Note, or any payment hereunder, may be extended from time to time and that the Holder may accept security for this Note or release security of this Note, all without in any way affecting the liability of the Maker hereunder.

5.    Collection.

The Maker shall not be responsible to pay to the Holder, any out of pocket expenses (including, without limitation, reasonable fees and disbursements of counsel) incurred by the Holder in connection with the collection of any amounts due under this Note.

## 6. Miscellaneous.

(a) No amendment, modification or waiver of any provision of this Note shall be effective unless the same shall be in writing and signed by the Maker and the Holder. The provisions of this Note shall be binding upon the successors and assigns of the Maker.

(b) This Note shall be governed by and construed in accordance with the laws of the State of New York without giving effect to the principles of conflicts of laws. This Note is made and delivered in New York, New York and shall be governed by, and construed according to, the laws of the State of New York. The Maker hereby irrevocably submits in any legal proceeding relating to this Note to the non-exclusive in personam jurisdiction of any state or United States court of competent jurisdiction sitting in the City and State of New York and agrees to suit being brought in such courts.

(c) This Note shall be paid without claim of set-off, deduction or counterclaim of any nature or for any cause whatsoever.

(d) Upon receipt of evidence reasonably satisfactory to the Maker of the loss, theft, destruction or mutilation of this Note, and of indemnity reasonably satisfactory to the Maker, if lost, stolen, destroyed or mutilated, the Maker shall execute and deliver to the Holder a new note identical in all respects to this Note.

(e) No failure on the part of the Holder to exercise, and no delay in exercising, any right, power or privilege under this Note shall operate as a waiver thereof; nor shall any single or partial exercise of any right, power or privilege under this Note preclude any other or further exercise thereof or the exercise of any right, power or privilege. The remedies herein provided are cumulative and not exclusive of any and all other remedies provided by law.

IN WITNESS WHEREOF, the undersigned has executed this Note as of the date set forth above.

PMA NY LLC

By:
Name: Michael Puderbeutel
Title: Managing Member

## AMENDED AND RESTATED PROMISSORY NOTE

$200,000                                                      Date: February 15, 2017

FOR VALUE RECEIVED, the undersigned, Max Advance LLC a New York limited liability company (the "Maker"), hereby promises to pay to the order of Marta Tereshchenko, an individual having an address at 1560 W 10th #3R Brooklyn NY 11204 (the "Holder"), the principal sum of Two Hundred Thousand ($90,000) Dollars. This Amended and Restated Promissory Note supersedes all prior notes, including, without limitation, that certain promissory note, dated as of March 24, 2014 in the original amount of $110,000 made by the Maker for the benefit of Holder. The outstanding principal balance of this Note shall bear interest from the date hereof until repaid in full, at twelve (12) percent per annum.

In the event that any payment of principal and interest hereunder shall become due on a Saturday, Sunday or legal or bank holiday under the laws of the place at which such payment is to be made hereunder, such payment shall be made on the next succeeding business day.

*The first paragraph of the Amended and Restated Promissory Note above contained a TYPO, I've underlined, which was overlooked on 02/15/2017.*

*I believe, the first paragraph was meant to read as follows:*

## AMENDED and RESTATED PROMISSORY NOTE

$200,000                                                      Date: February 15, 2017

FOR VALUE RECEIVED, the undersigned, Max Advance, LLC, a New York limited liability company (the "Maker"), hereby promises to pay to the order of Marta Tereshchenko (SS# ends with 3788), an individual residing at address 1560 West 10th Street, #3R, Brooklyn, NY 11204 (the "Holder"), the principal sum of Two Hundred Thousand ($200,000) dollars. This Amended and Restated Promissory Note supersedes all prior notes, including, without limitations, that certain Promissory Note dated as of March 24, 2014 in the original amount of $110,000 to which additional $90,000 are added made by the Maker for the benefit of Holder. The outstanding principal balance $200,000 of this Note shall bear interest from the date hereof until repaid in full, at twelve (12%) percent per annum.

Eddie A. Kleydman Advised Marta T. to Invest Marta T Money in Max Advance

Edgar A. Kleydman (aka Eddie), who served me at Chase bank, advised me, Marta
Tereshchenko, to invest my money into Max Advance, LLC. He even came with me
to Michael Puderbeutel's office. Michael P., paid money to Eddie K. for such
referrals.

Eddie said to me he trusts Michael Puderbeutel, as his, Eddie's mom also invested
her money (as he said, which I'm not sure if it was true) into Max Advance, LLC.

I did not contact Eddie for the last 10 yrs., but Eddie's phone number was then

**347-224-9900**

And his email address is **eddiecfp@aol.com**

2017 Feb 15 Added 90K check to Marta's Existing Investment at MaxAdvance LLC

MARTA TERESHCHENKO
346
1-108/210

Feb 15, 2017

ELECTRONICALLY PRESENTED

Pay to the Order of _Alue Abrahee LLC_  $ 90,000.00

_ninety thousands 00/100_ _____ Dollars

HSBC ⟨X⟩
The world's local bank
HSBCPremier

For _deposit_        _Marta Tereshchenko_

# May 1, 2013 Transfer to Checking to Invest into Max Advance

Marta Tereshchenko invested $15,000 given to Murray Puderbeutel at Max Advance based on the below HSBC transfer (using reference of Eddie Kleiman's, financial advisor at Chase bank).



FILES PDF to Upload to Bankruptcy Court

| | | | |
|---|---|---|---|
| 📄 2017 Feb 15 Added 90K check to Marta's Existing Investment at MaxAdvance LLC.pdf | 9/23/2024 1:50 P... | Adobe Acr... | 276 KB |
| 📄 2017 Feb 15 ORIGINAL AMENDED RESTATED PROMISSORY NOTE QuickSilver.pdf | 9/23/2024 1:15 P... | Adobe Acr... | 737 KB |
| 📄 2017 Feb 15 Promissory Note CONTAINS a TYPO.pdf | 9/23/2024 1:17 P... | Adobe Acr... | 473 KB |
| 📄 2020 Total Interest QuickSilver Capital Michael Puderbutel Paid to Marta T.pdf | 9/23/2024 1:41 P... | Adobe Acr... | 691 KB |
| 📄 2021 TOTAL Interest Quick Silver Michael Puderbutel Paid to Marta.pdf | 9/23/2024 1:53 P... | Adobe Acr... | 709 KB |
| 📄 2022 TOTAL Interest Quick Silver Michael Puderbutel Paid to Marta.pdf | 9/23/2024 1:56 P... | Adobe Acr... | 548 KB |
| 📄 2023 Total Interest QuickSilver Michael Puderbutel Paid to Marta.pdf | 9/23/2024 1:59 P... | Adobe Acr... | 952 KB |
| 📄 2024 QuickSilver Michael Puderbeutel paid Marta Interests till April 2024.pdf | 9/23/2024 1:35 P... | Adobe Acr... | 685 KB |
| 📄 Breach of Contract by Michael Puderbeutel at QuickSilver May 2024.pdf | 9/23/2024 1:29 P... | Adobe Acr... | 459 KB |
| 📄 Total Feb 2017-April 2024 Interest M. Puderbeutel Paid to M. Tereshchenko.pdf | 9/23/2024 1:19 P... | Adobe Acr... | 595 KB |

11. Also Data on Michael from **InstantCheckMate**

12. And Notarized **Roman Furman's request to move his Max Advance investment into**

   **Marta Tereshchenko**'s investment at Max Advance

Roman Furman
7101 Bay Parkway  APT 1-A
Brooklyn, NY 11204
718-837-7025

T o Max·Advance:

I, Roman Furman, leave Marta Tereshchenko, SS# ██████████████ as beneficiary to my
account Max Advance.  Upon my demise please distribute my assets to my chosen beneficiary.

Thank you,

*Rom Fur*            05/17/13

Roman Furman

*Joylynn Alemao*
5|17|13

JOYLYNN ALEMAO
Notary Public - State of New York
NO. 01AL6209956
Qualified in Kings County
My Commission Expires  8/3/13



# 2020 Total Interest QuickSilver Capital Michael Puderbutel Paid to Marta Tereshchenko

First address Max Advance, LLC, 4208 18th Ave. Brooklyn, NY 11218; now it's Quick Silver 181 South Franklin Ave., Valley Stream NY 11581-1138

Statements screenshots of HSBC monthly deposits from *Jan* 2020 to Dec 2020 is below.

On *May 2, 2013*, **$15,000** Marta Tereshchenko invested into Max Advance, LLC (12% interest)

On *March 24, 2014*, **$100,000** total Marta T. invested into Max Advance, LLC (12% interest)

On *December 31, 2016*, **$10,000** was transferred from Marta's husband Roman Furman to her Max Advance assets, totaling **$110,000**, paper signed on April 15, 2017

(Notary Public of 5/17/2013 of now deceased Roman Furman making Marta T. beneficiary of his 10K asset at MaxAdvance)

On *February 15, 2017*, **$90,000** I've invested into Max Advance, LLC, adding it to Marta T. $110,000.00. investment, which made total of **$200,000** ($110,000 + $90,000) (12% of interest)

| Date | Interest Paid |
|------|---------------|
| 01/23/20 | $2,000 |
| 02/19/20 | $2,000 |
| 03/18/20 | **$2,000** (last full interests sent as per agreement) |
| 04/13/20 | $1,000 (breach of contract started and continued to and including April 13, 2024) |
| 05/14/20 | $1,200 |
| 06/16/20 | $ 800 |
| 07/16/20 | $ 400 |
| 8/17/20 | $ 400 |
| 9/14/20 | $ 400 |
| 10/20/20 | $ 400 |
| 11/16/20 | $ 400 |
| 12/14/20 | $ 400 |
| **Total** | **$11,400** |
| | **Underpaid interest $12,600** ($24,000 - $11,400) |

Below are all check deposits at HSBC throughout year 2020

U.S. BANKRUPTCY DISTRICT OF NEW YORK
2023 MAY 25
RECEIVED

**ACCOUNT NUMBER** ▮

STATEMENT PERIOD 01/18/20 TO 02/20/20

OVERDRAFT ACCOUNT NUMBER ▮

MARTA TERESHCHENKO

| | | |
|---|---|---|
| 01/23/20 | CHECK DEPOSIT ON 01232020 AT HSBC ATM HSBC 6702 BAY PARKWAY BROOKLYN | 2,000.00 |

01/23/20

| | | |
|---|---|---|
| 02/19/20 | CHECK DEPOSIT ON 02192020 AT HSBC ATM HSBC 1602 KINGS | 2,000.00 |

02/19/20

—— CHOICE CHECKING

**ACCOUNT NUMBER** ▮

STATEMENT PERIOD 02/21/20 TO 03/20/20

OVERDRAFT ACCOUNT NUMBER ▮

MARTA TERESHCHENKO

| | | |
|---|---|---|
| 03/18/20 | CHECK DEPOSIT ON 03182020 AT HSBC ATM HSBC 1602 KINGS HIGHWAY BROOKLYN | 2,000.00 |

03/18/20  $2,000

—— CHOICE CHECKING

**ACCOUNT NUMBER** ▮

STATEMENT PERIOD 03/21/20 TO 04/20/20

OVERDRAFT ACCOUNT NUMBER ▮

MARTA TERESHCHENKO

| | | |
|---|---|---|
| 04/13/20 | CHECK DEPOSIT ON 04132020 AT HSBC ATM HSBC 6702 BAY PARKWAY BROOKLYN | 1,011.66 |

04/13/20  $1,000

—— CHOICE CHECKING

**ACCOUNT NUMBER** ▮

STATEMENT PERIOD 04/21/20 TO 05/20/20

OVERDRAFT ACCOUNT NUMBER ▮

MARTA TERESHCHENKO

| | | |
|---|---|---|
| 05/14/20 | CHECK DEPOSIT ON 05142020 AT HSBC ATM HSBC 1602 KINGS HIGHWAY BROOKLYN | 1,200.00 |

05/14/20 $1,200

—— CHOICE CHECKING

**ACCOUNT NUMBER** ▮

STATEMENT PERIOD 05/21/20 TO 06/19/20

OVERDRAFT ACCOUNT NUMBER ▮

MARTA TERESHCHENKO

| | | |
|---|---|---|
| 06/16/20 | CASH W/D ON 06162020 AT HSBC ATM HSBC 2301 86TH ST BROOKLYN    NY | 100.00 |
| | CHECK DEPOSIT ON 06162020 AT HSBC ATM HSBC 2301 86TH ST BROOKLYN    NY | 800.00 |

06/16/20 $800

CHOICE CHECKING

**ACCOUNT NUMBER** ▮▮▮

STATEMENT PERIOD 06/20/20 TO 07/20/20

OVERDRAFT ACCOUNT NUMBER ▮▮▮

*MARTA TERESHCHENKO*

07/16/20    CHECK DEPOSIT ON 07162020 AT HSBC ATM HSBC 6702 BAY PARKWAY BROOKLYN    400.00

07/16/20 $400

---

CHOICE CHECKING

**ACCOUNT NUMBER** ▮▮▮

STATEMENT PERIOD 07/21/20 TO 08/20/20

OVERDRAFT ACCOUNT NUMBER ▮▮▮

*MARTA TERESHCHENKO*

08/17/20    CHECK DEPOSIT ON 08142020 AT HSBC ATM HSBC 6702 BAY PARKWAY BROOKLYN    400.00

8/17/20 $400

---

CHOICE CHECKING

**ACCOUNT NUMBER** ▮▮▮

STATEMENT PERIOD 08/21/20 TO 09/18/20

OVERDRAFT ACCOUNT NUMBER ▮▮▮

*MARTA TERESHCHENKO*

09/14/20    CHECK DEPOSIT ON 09142020 AT HSBC ATM HSBC 2301 86TH ST BROOKLYN    NY    400.00

9/14/20 $400

---

CHOICE CHECKING

**ACCOUNT NUMBER** ▮▮▮

STATEMENT PERIOD 09/19/20 TO 10/20/20

OVERDRAFT ACCOUNT NUMBER ▮▮▮

*MARTA TERESHCHENKO*

10/20/20    PAYMENT TO NYS DTF PIT-TAX PAYMNT    1,477.00

     DEPOSIT    400.00

10/20/20 $400

---

CHOICE CHECKING

**ACCOUNT NUMBER** ▮▮▮

STATEMENT PERIOD 10/21/20 TO 11/20/20

OVERDRAFT ACCOUNT NUMBER ▮▮▮

*MARTA TERESHCHENKO*

11/16/20    CHECK DEPOSIT ON 11152020 AT HSBC ATM HSBC 2301 86TH ST BROOKLYN    NY    400.00

11/16/20 $400

ACCOUNT NUMBER ▮

— CHOICE CHECKING

STATEMENT PERIOD 11/21/20 TO 12/18/20

OVERDRAFT ACCOUNT NUMBER ▮

*MARTA TERESHCHENKO*

| 12 14 20 | CASH W/D ON 12132020 AT HSBC ATM HSBC 6702 BAY PARKWAY BROOKLYN | | 60.00 |
| | CHECK DEPOSIT ON 12132020 AT HSBC ATM HSBC 6702 BAY PARKWAY BROOKLYN | 400.00 | |

12/14/20  $400

# QuickSilver Capital Michael Puderbutel Interest Paid to Marta Tereshchenko in 2021

First address Max Advance, LLC, 4208 18ᵗʰ Ave. Brooklyn, NY 11218; now Quick Silver Capital 181 South Franklin Ave., Valley Stream NY 11581-1138

| Date | Interest Paid | Statements screenshots of HSBC monthly deposits from Jan, 2021 to Dec, 2021 |
|---|---|---|
| | | On *May 2, 2013*, **$15,000** I've invested into Max Advance, LLC (12% interest) |
| | | On *March 24, 2014*, **$100,000** total I've invested into Max Advance, LLC (12% interest) |
| | | On *December 31, 2016*, **$10,000** was transferred from my husband Roman Furman to my Max Advance assets, totaling **$110,000** signed on April 15, 2017 |
| | | (Notary Public of 5/17/2013 of deceased Roman Furman making Marta beneficiary of his 10K at MaxAdvance) |
| | | On *February 15, 2017*, **$90,000** I've invested into Max Advance, LLC, adding it to my $110,000, which made total of **$200,000** ($110,000 + $90,000) (12% interest) |
| 01/19 /21 | $400 | |
| 02/17 /21 | $400 | |
| 03/04 /21 | $400 | |
| 04/16 /21 | $1,000 | |
| 05/14 /21 | $1,000 | |
| 06/14 /21 | $1,000 | |
| 07/12 /21 | $1,000 | |
| 08/09 /21 | $1,000 | |
| 09/13 /21 | $1,000 | |
| 10/08 /21 | $1,000 | |
| 11/22 /21 | $1,000 | |
| 12/09/21 | $1,500 | |
| Subtotal | | ($400 + $400 + $400 = $1,200) + ($1,000 x 8 = $8,000) + 1,500 = **$10,700** |
| Total | **$10,700.00** | Underpaid interest in 2021 = $24,000 - $10,700 = **$13,300** |

Below are screenshots of the interest-checks deposited at HSBC bank, throughout yr. 2021

View image

Front

HSBC ◆☒◆    Deposit

DIN
ATM Identifi
Tran N
PAN

$1,500.00

TC 365    Amount $1,500.00

1 of 2  < >

12/09/2021    CHECK DEPOSIT ON 🖾    1,500 (x)
12092021 AT HSBC ATM

**$1,500  12/09/21**

View image

Front

HSBC ◆☒◆    Deposit

DIN
ATM Identifi
Tran No
PAN

$1,000.00

TC 365    Amount $1,000.00

1 of 2  < >

11/22/2021    CHECK DEPOSIT ON 🖾    1,000.00
11192021 AT HSBC ATM

**$1,000  11/22/21**

10/08/2021    DEPOSIT 🖾    1,000.00

BANKING TERMINAL (UBT)

SYSTEM GENERATED
View image 🗗

10/08/2021    DEPOSIT 🖾    1,000.00
AY1000145

**$1,000  10/08/21**

Front

HSBC ◆☒◆ 滙 豐    DEPOSIT  CHECKING☐  SAVINGS☐

Oct 8, 20 2 1

CASH
COIN
CHECKS AS
FOLLOWS ON    9 5 0 00
            50 00

DEPOSIT FOR THE ACCOUNT OF ▼

TOTAL ▶ $    1,0 5 3 0 0

5

**$1,000  10/08/21**

03/13/2021    CHECK DEPOSIT ON 🖾    1,000.00
HSBC ATM
HSBC 2301 86TH ST
BROOKLYN NY

ATM

SYSTEM GENERATED
View image 🗗

View image

Front

HSBC ◆☒◆    Deposit

DIN
ATM Identifier
Tran No
PAN

$1,000.00

RT    AM    TC 366    Amount $1,000.00

**$1,000  09/13/21**

09/09/2021

CHECK DEPOSIT ON 🏦
AT HSBC ATM

1,000.00 **Front**

HSBC ⟨X⟩      Deposit

HSBC 2301 86TH ST
BROOKLYN NY
4MNJL00054
ATM

SYSTEM GENERATED

View image ⬀

DIN:
ATM Identifier   MX006041
Tran No   5723
PAN

**$1,000.00**

| RT 02200020 | AN 000X062921110 | TC 365 | Amount $1,000.00 |

08/09/21

---

07/12/21   CHECK DEPOSIT ON 07102021 AT HSBC ATM HSBC 6702 BAY     1,000.00
PARKWAY BROOKLYN

$1,000   07/12/21

---

06/14/21   PAYMENT TO CITI PAYMENT-PAYMENT
CASH W/D ON 06142021 AT HSBC ATM HSBC 6702 BAY PARKWAY
BROOKLYN
CHECK DEPOSIT ON 06142021 AT HSBC ATM HSBC 6702 BAY     1,000.00
PARKWAY BROOKLYN

$1,000   06/14/21

---

05/14/21   DEPOSIT        1,000.00

$1,000   5/14/21

---

04/16/21   PAYMENT TO CUSTBK SV WEBXFR-TRANSFER
CHECK DEPOSIT ON 04162021 AT HSBC ATM HSBC 6702 BAY     1,013.25
PARKWAY BROOKLYN

$1,000   4/16/21

---

**CHOICE CHECKING**

ACCOUNT NUMBER

STATEMENT PERIOD 02/20/21 TO 03/19/21
OVERDRAFT ACCOUNT NUMBER

*MARTA TERESHCHENKO*

03/04/21   CHECK DEPOSIT ON 03042021 AT HSBC ATM HSBC 2301 86TH ST     400.00
BROOKLYN    NY

$400   03/04/21

---

**CHOICE CHECKING**

ACCOUNT NUMBER

STATEMENT PERIOD 01/21/21 TO 02/19/21
OVERDRAFT ACCOUNT NUMBER

*MARTA TERESHCHENKO*

02/17/21   CHECK DEPOSIT ON 02172021 AT HSBC ATM HSBC 6702 BAY     400.00
PARKWAY BROOKLYN

$400   02/17/21

---

**CHOICE CHECKING**

ACCOUNT NUMBER

STATEMENT PERIOD 12/19/20 TO 01/20/21
OVERDRAFT ACCOUNT NUMBER

*MARTA TERESHCHENKO*

01/19/21   CHECK DEPOSIT ON 01182021 AT HSBC ATM HSBC 6702 BAY     400.00
PARKWAY BROOKLYN

$400   01/19/21

# 2022 Interest Paid to Marta Tereshchenko by QuickSilver Michael Puderbutel

First address Max Advance, LLC, 4208 18th Ave., Brooklyn, NY 11218; now it's Quick Silver Capital 181 South Franklin Ave., Valley Stream NY 11581-1138

| Date | Interest | Statements screenshots of HSBC monthly deposits from *Jan,* 2022 to Dec, 2022 |
|---|---|---|
| | | On *May 2, 2013,* **$15,000** I've invested into Max Advance, LLC (12% interest) |
| | | On *March 24, 2014,* **$100,000** total I've invested into Max Advance, LLC (12% interest) |
| | | On *December 31, 2016,* **$10,000** was transferred from my deceased husband Roman Furman to my Max Advance assets, totaling **$110,000,** paper signed on April 15, 2017 (Notary Public of 5/17/2013 of R. Furman making me beneficiary of his 10K at MaxAdvance) |
| | | On *February 15, 2017,* **$90,000** I've invested into Max Advance, LLC, adding it to my 110,000, which made total of **$200,000** ($110,000 + $90,000) with 12% of interest |
| 01/10 /22 | $1,500 | |
| 02/17 /22 | $1,500 | |
| 03/04 /22 | $1,500 | |
| 04/16 /22 | $1,500 | |
| 05/14 /22 | $1,500 | |
| 06/14 /22 | $1,500 | |
| 07/12 /22 | $1,500 | |
| 08/09 /22 | $1,500 | |
| 09/30 /22 | $1,500.00 | 09/30   ATM Check Deposit   09/30 6701 Bay Pkwy Brooklyn NY Card 0657   1,500.00 |
| 10/11 /22 | $1,500.00 | 10/11   Deposit   2036248378   1,500.00 |
| 11/14 /22 | $1,500.00 | 11/14   ATM Check Deposit   11/13 6701 Bay Pkwy Brooklyn NY Card 0657   1,425.00 <br> 11/14   ATM Check Deposit   11/13 6701 Bay Pkwy Brooklyn NY Card 0657   75.00 acc. 1615 |
| 12/09 /2022 | $1,500 (acc.1517) | 12/09   Deposit   2033212871   1,500.00 |
| **Total** | $18,000 paid | Unpaid interest $24,000 - $18.000 = **$6,000** |

View image

Front



| | | TC 365 | Amount $1 500 00 |
|---|---|---|---|

1 of 2   ‹  ›

## Deposit Details

$1,500.00
Total

📅 Sep 30 2023
Post date

💳 2
Checks deposited

Check 1

Download all checks ☐

▶  $1,425.00  ☐

▶  $75.00  ☐

## 2023 Total Interest Paid to Marta Tereshchenko by QuickSilver Michael Puderbutel

First address Max Advance, LLC, 4208 18th Ave., Brooklyn, NY 11218; now Quick Silver Capital 181 South Franklin Ave., Valley Stream NY 11581-1138

| Date | Interest paid | Statements screenshots of HSBC monthly deposits from *Jan,* 2023 to Dec, 2023 |
|---|---|---|
| | | On *May 2, 2013,* **$15,000** Marta T. invested into Max Advance, LLC (12% interest) |
| | | On *March 24, 2014,* **$100,000** total Marta invested into Max Advance, LLC (12% interest) |
| | | On *December 31, 2016,* **$10,000** was transferred from my deceased husband Roman Furman to my Max Advance assets, totaling **$110,000** paper signed on April 15, 2017 (Notary Public of 5/17/2013 of R. Furman making me beneficiary of his 10K at MaxAdvance) |
| | | On *February 15, 2017,* **$90,000** I've invested into Max Advance, LLC, adding it to my 110,000 asset, which made total of **$200,000** ($110,000 + $90,000) (12% of interest) |
| 01/12 /2023 | $ 660 | $627 + $33 |
| 02/17 /2023 | $1,000 | $950 + $50 |
| 03/08/2023 | $1,000 | $950 + $50 |
| 04/08 /2023 | $ 900 | $855 + $45 |
| 05/14 /2023 | $ 700 | $600 + $100 |
| 06/14 /2023 | $ 700 | $600 + $100 |
| 07/12 /2023 | $ 450 | |
| 08/09 /2023 | $ 400 | |
| 09/13 /2023 | $ 200 | |
| 10/08 /2023 | $ 340 | |
| 11/23 /2023 | $ 340 | |
| 12/09 /2023 | $ 340 | |
| Subtotal | **$7,030** | |
| Total paid | **$7,030** | **16,970.00** ($24,000-$7,030 ) **Underpaid in 2023** |

3,060.00
Total

Jan 12, 2023
Post date

2
Checks deposited

Checks

Download all checks

▸  $627.00

▸  $33.00

$627 + $33



Jan 12, 2023    CITI CARD ONLINE PAYMENT ▮▮▮▮▮ WEB ID:    ACH debit    -$230.40
CITICTP

ATM CHECK DEPOSIT 01/12 6701 BAY FKWY BROOKLYN NY    ATM deposit    $660.00
(...0357)

Jan. 12, 2023

Deposit Details

$1,000.00     Feb 21 2023     2
Total     Post date     Checks deposited

Checks                  Download all checks ☐

▶   $950.00                        ☐

▶   $50.00                         ☐

**Next**    Feb. 21, 2023

Feb 21, 2023

ATM CHECK DEPOSIT 02/20 6701 BAY FKWY BROOKLYN NY    ATM deposit    $1,000.00
(...0357)

Mar 8, 2023    ATM CHECK DEPOSIT 03/03 6701 BAY FKWY BROOKLYN NY    ATM deposit    $50.00
(...0357)

ATM CHECK DEPOSIT 03/03 6701 BAY FKWY BROOKLYN NY    ATM deposit    $950.00
(...0357)

Mar. 8, 2023

$950.00     Mar 8, 2023     1381
Total     Post date     Check #

Front    Back

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FAKE PAYMENT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW.

**Quicksilver Capital Operating Account**    Bank United    CHECK NO. 1381

1-1458/260    03/08/2023

Marta Tereshchenko1

Nine hundred fifty and 00/100*************************    **950.00

PAY
TO THE    Martha Tereshchenko
ORDER    1560 West 10th Street, #3R
OF    Brooklyn, NY 11204 USA

AUTHORIZED SIGNATURE

Account #

Routing #

Mar. 8, 2023   $950

Front    Back



THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A ABSENT / TRANSPARENT WATERMARK ON THE BACK. HOLD AT ANGLE TO VIEW

Quicksilver Capital Operating Account    Bank United    CHECK NO. 1369

1-1456/260    03/08/2023

Marta Tereshchenko

Fifty and 00/100**************************************************    **50.00

PAY TO THE ORDER OF    Marta Tereshchenko
1560 West 10th Street, #3R
Brooklyn, NY 11204 USA

AUTHORIZED SIGNATURE

$ 50

---

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A ABSENT / TRANSPARENT WATERMARK ON THE BACK. HOLD AT ANGLE TO VIEW

Quicksilver Capital Operating Account    Bank United    CHECK NO. 1395

1-1456/260    04/03/2023

Marta Tereshchenko

Forty-five and 00/100**********************************************    **45.00

PAY TO THE ORDER OF    Marta Tereshchenko
1560 West 10th Street, #3R
Brooklyn, NY 11204 USA

AUTHORIZED SIGNATURE

---

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A ABSENT / TRANSPARENT WATERMARK ON THE BACK. HOLD AT ANGLE TO VIEW

Quicksilver Capital Operating Account    Bank United    CHECK NO. 1387

1-1456/260    04/03/2023

Marta Tereshchenko1

Eight hundred fifty-five and 00/100********************    **855.00

PAY TO THE ORDER OF    Martha Tereshchenko
1560 West 10th Street, #3R
Brooklyn, NY 11204 USA

AUTHORIZED SIGNATURE

4/03/23 $855+$45

Good news!  Your Chase Private Client Checking Monthly Service Fee was waived because you kept an average beginning day balance of $150,000 or more in qualifying linked deposits and investments during the statement period.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT | |
|------|-------------|---|--------|---|
| 04/10 | ATM Check Deposit | 04/08 8418 Bay Pkwy Brooklyn NY Card 0657 | $855.00 | |
| 04/10 | ATM Check Deposit | 04/08 8418 Bay Pkwy Brooklyn NY Card 0657 | 45.00 | 04/10/2023 |
| 05/08 | ATM Check Deposit | 05/08 8418 Bay Pkwy Brooklyn NY Card 0657 | 700.00 | 05/08/2023 |
| 06/08 | ATM Check Deposit | 06/08 6701 Bay Pkwy Brooklyn NY Card 0657 | 100.00 | |
| 06/12 | Deposit    2055947053 | | 600.00 | 06/08/2023 |

The above is $600 + $100 = 700 (?)

| 07/13 | Deposit | 2055747344 | | 450.00 | 07/13/2023 |
| 08/10 | Deposit | 2052847005 | | 400.00 | 08/10/2023 |
| 09/11 | ATM Check Deposit | 09/11 6701 Bay Pkwy Brooklyn NY Card 0657 | | 200.00 | 09/11/2023 |

Good news! Your Chase Private Client Checking Monthly Service Fee was waived because you kept an average beginning day balance of $150,000 or more in qualifying linked deposits and investments during the statement period.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | | AMOUNT | |
|------|-------------|---|---|--------|---|
| 10/13 | Deposit | 7060019647 | | $340.00 | 10/13 2023 |
| 11/13 | Deposit | 2086984036 | | 340.00 | 11/13/2023 |
| 12/14 | Deposit | 2067064417 | | 340.00 | 12/14/2023 |

## 2024 From QuickSilver Michael Puderbeutel paid Interests until April, 2024

| Yr./mo. | Amount paid | Statements screenshots of HSBC monthly deposits from *Jan,* 2021 to Dec, 2021 |
|---------|-------------|-------------------------------------------------------------------------------|
| | | From *May 2, 2013,* **$15,000** I've invested into Max Advance, LLC (12% interest) |
| | | From *March 24, 2014,* **$100,000** total invested into Max Advance, LLC (12% interest) |
| | | From *December 31, 2016,* **$10,000** have been transferred from my deceased husband Roman Furman to my Max Advance assets, totaling **$110,000.** paper signed on April 15, 2017 (Notary Public of **5/17/2013** of R. Furman making me beneficiary of his 10K at MaxAdvance) |
| | | From *February 15, 2017,* **$90,000** I've invested into Max Advance, LLC, adding it to my 110,000, which made total of **$200,000** ($110,000 + $90,000) with 12% of interest |
| 01/12 /2024 | $ 340 | $323+$17 |
| 02/17 /2024 | $ 200 | $190+$10 |
| 03/08/2024 | $ 200 | $190+$10 |
| 04/08 /2024 | $ 200 | $190+$10 |
| 05/14 /2024 | No checks | |
| Subtotal | $ 940 paid | Underpaid interest for 2024 four months is **$7,060** ($8000 - $940 = $7,060 ) |
| **Total** | **$ 940** | |

Below are screenshots of four mos. (Jan., Feb., March, and April) interest checks of 2024

| 01/12 | Deposit | 7060060340 | 340.00 | Jan 12, 2024 |

Deposit Details

**$340.00**

Post date: Jan 12, 2024

Checks deposited: 2

Deposit slip

Check amount: $340.00   Cash/miscellaneous amount: $0.00   Total: $340.00



Front   Back

CHASE ○

EDeposit

Business Date: 01/12/2024   Calendar Date: 01/12/2024   Time: 3:40 PM

Customer Name: MARTA TERESHCHENKO

Amount: $340.00
TC

AUX 7080062340   RT 50000100C AN 963341917

Check 1 of 2

Check amount: $329.00

Check 2 of 2

Check amount: $11.00

---

| 02/12 | ATM Check Deposit | 02/12 6701 Bay Pkwy Brooklyn NY Card 0657 | 200.00 | Feb. 12, 2024 |

Deposit Details

**$200.00**

Post date: Feb 12, 2024

Checks deposited: 2

Check 1 of 2

Check amount: $190.00



Front   Back

account name:

routing num

Check #: 1751

Check 2 of 2

Check amount: $10.00

**Deposit Details**

$200.00

Deposit slip



Check 1 of 2

Check 2 of 3

$200.00

Deposit slip



Check 1 of 2

Check 2 of 2

No any checks came in from April 15, 2024